MRM:KCM/JL
F. #2024R00710

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 21 2024 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

ALAN MAYO,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

INDICTMENT

Cr. No. __CR24  480__
(T. 18, U.S.C., §§ 982(a)(2), 982(b)(1),
1028A(a)(1), 1028A(b), 1028A(c)(5),
1343, 1344, 1349, 2 and 3551 et seq.; T.
21, U.S.C., § 853(p))

**CHOUDHURY, J.**

**DUNST, M.J.**

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Conspiracy to Commit Wire Fraud and Bank Fraud)

      1.     In or about and between March 2020 and December 2021, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant ALAN MAYO, together with others, did knowingly and intentionally conspire to execute a scheme and artifice, to wit:

      (a)     to defraud and to obtain money and property from Bank 1, a financial institution the deposits of which were insured by the Federal Deposit Insurance Corporation, and the identity of which is known to the Grand Jury, by means of one or more materially false and fraudulent pretenses, representations and promises, and to transmit and cause to be transmitted by means of wire communications in interstate commerce, writings, signs, signals, pictures and sounds, for the purpose of executing the scheme to defraud, contrary to Title 18, United States Code, Section 1343; and

      (b)     to defraud Bank 1, and to obtain moneys, funds, credits and other property owned by and under the custody and control of Bank 1, by means of one or materially

false and fraudulent pretenses, representations and promises, contrary to Title 18, United States Code, Section 1344.

(Title 18, United States Code, Sections 1349 and 3551 et seq.)

## COUNT TWO
(Wire Fraud)

2. In or about and between March 2020 and December 2021, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant ALAN MAYO, together with others, did knowingly and intentionally devise a scheme and artifice to defraud and to obtain money and property from Bank 1 by means of one or more materially false and fraudulent pretenses, representations and promises, and for the purpose of executing and attempting to execute such scheme and artifice did transmit and cause to be transmitted, by means of wire communications in interstate commerce, writings, signs, signals, pictures and sounds, to wit: electronic withdrawals and payments.

(Title 18, United States Code, Sections 1343, 2 and 3551 et seq.)

## COUNT THREE
(Bank Fraud)

3. In or about and between March 2020 and December 2021, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant ALAN MAYO, together with others, did knowingly and intentionally execute and attempt to execute a scheme or artifice to defraud Bank 1 and to obtain moneys, funds, credit and

other property owned by, and under the custody and control of, Bank 1, by means of one or more materially false and fraudulent pretenses, representations and promises.

(Title 18, United States Code, Sections 1344, 2 and 3551 et seq.)

## COUNT FOUR
(Aggravated Identity Theft)

4.  In or about and between March 2020 and December 2021, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant ALAN MAYO, together with others, during and in relation to the crimes charged in Counts Two and Three, did knowingly and intentionally transfer, possess and use, without lawful authority, one or more means of identification of one or more persons, to wit: the name, bank account and routing number of John Doe 1, an individual whose identity is known to the Grand Jury, knowing that the means of identification belonged to said person.

(Title 18, United States Code, Sections 1028A(a)(1), 1028A(b), 1028A(c)(5), 2 and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION
AS TO COUNTS ONE THROUGH THREE

5.  The United States hereby gives notice to the defendant that, upon his conviction of any of the offenses charged in Counts One through Three, the government will seek forfeiture in accordance with Title 18, United States Code, Section 982(a)(2), which requires any person convicted of such offenses, to forfeit any property constituting, or derived from, proceeds obtained directly or indirectly as a result of such offenses.

6.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a)  cannot be located upon the exercise of due diligence;

4

      (b)    has been transferred or sold to, or deposited with, a third party;

      (c)    has been placed beyond the jurisdiction of the court;

      (d)    has been substantially diminished in value; or

      (e)    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 982(b)(1), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Sections 982(a)(2) and 982(b)(1); Title 21, United States Code, Section 853(p))

A TRUE BILL

/s/

_____
FOREPERSON

*By Carolyn Pokorny, Assistant U.S. Attorney*

BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK